**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6188**

_____

JOSEPH EDWARD WAGES,

                                   Petitioner - Appellant,

    versus

THEOTIS BECK; NORTH CAROLINA ATTORNEY GENERAL,

                                   Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Paul Trevor Sharp, Magistrate Judge. (CA-96-13-6)

_____

Submitted: June 19, 1997           Decided: June 30, 1997

_____

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Joseph Edward Wages, Appellant Pro Se. Rebecca Kendrick Cleveland, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Wages v. Beck, No. CA-96-13-6 (M.D.N.C. Jan. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED